UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHEN DANIELS,

                                  Plaintiff,

   v.

CITY OF NEW YORK, DANIEL NIGRO,
KAREN HURWITZ, SHENECIA BEECHER,
FDNY, and JOHN AND JANE DOES #1-10,

                                Defendants.
-----------------------------------------------------------------X

JUDGMENT

19-cv-04895 (ENV) (SJB)

An Order of the Honorable Eric N. Vitaliano, United States District Judge having been filed on October 22, 2021, dismissing Plaintiff's claims with prejudice; it is

ORDERED and ADJUDGED that Plaintiff's claims are dismissed with prejudice; and that this case is closed.

Dated: Brooklyn, New York
       October 25, 2021

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk